# NO. 12-11-00024-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *JEFFREY L. WEINSTEIN,* | § | *APPEAL FROM THE* |
| *WEINSTEIN LAW FIRM/* | | |
| *JEFFREY L. WEINSTEIN, P.C.,* | | |
| *AND JAMES H. OWEN,* | | |
| *APPELLANTS* | § | *COUNTY COURT AT LAW #3* |
| | | |
| *V.* | | |
| | | |
| *PELTIER ENTERPRISES, INC.,* | | |
| *d/b/a PELTIER NISSAN,* | | |
| *APPELLEE* | § | *SMITH COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

Appellants Jeffrey L. Weinstein and Weinstein Law Firm/Jeffrey L. Weinstein, P.C., and Appellee, Peltier Enterprises, Inc., d/b/a Peltier Nissan, have filed an agreed joint motion to dismiss the Weinstein Appellants from the appeal. In their motion, the parties state that they have reached a resolution of their dispute and no longer wish to pursue the appeal. Because the parties to the motion have met the requirements of Texas Rule of Appellate Procedure 42.1(a)(1), the motion is *granted*, and the appeal is dismissed as to Appellants Jeffrey L. Weinstein and Weinstein Law Firm/Jeffrey L. Weinstein, P.C. **As to Appellant, James H. Owen, the appeal remains pending on this court's docket.**

Opinion delivered May 25, 2011.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)